July 9, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

THE STATE OF TEXAS, Appellant

NO. 14-14-00746-CR            V.

HECTOR PENA, Appellee

_____

      This cause was heard on the transcript of the record of the court below. The record reveals error in the judgment. The Court orders the judgment **REVERSED** and **REMANDED** for reinstatement of the judgment of conviction and sentence and further proceedings in accordance with its opinion.

      We further order this decision certified below for observance.